UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI, <br><br> *Plaintiff,* <br><br> v. <br><br> EXECUTIVE OFFICES FOR THE UNITED STATES ATTORNEYS, *et al.*, <br><br> *Defendants*. | Civil Action No. 22-1859 (CJN) |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY AND OPPOSITION TO PLAINTIFF'S MOTION FOR <u>SUMMARY JUDGMENT</u>**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants, by and through undersigned counsel, respectfully move for an extension of time, to and through January 30, 2023, to file a reply and opposition to Plaintiff Arif A. Durrani's ("Plaintiff") motion for summary judgment. Although this motion is filed 3 days prior to the December 30, 2022, deadline, there is good cause to grant the motion. In support of the instant motion, Defendants respectfully state the following good cause:

1.  Plaintiff brings this case under the Freedom of Information Act and the Privacy Act, seeking to compel the release of documents relating to his conviction. *See generally* ECF No. 1, Compl. Defendants filed a motion to dismiss on November 15, 2022. *See* ECF No. 9, Defs.' Mot. to Dismiss. Plaintiff's combined cross-motion and opposition was uploaded to ECF on December 23, 2022. *See* ECF Nos. 11, 12. Defendants' reply is due on December 30, 2022. Defendants respectfully request an extension of time, to and through January 30, 2023, to file a response to Plaintiff's cross-motion and opposition. This is Defendants' first request for additional time to respond to Plaintiff's cross-motion and opposition.

2. There is good cause to grant Defendants' request for additional time to respond to Plaintiff's combined motion and opposition. *See Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining that good cause simply "means a valid reason for delay"). Over the past week, undersigned counsel has devoted a substantial amount of time to more than four dispositive motions (or opposition), one witness prep, and myriad pleadings and joint status reports. Unfortunately, the demands of undersigned counsel's docket of active cases have prevented undersigned counsel from completely reviewing Plaintiff's cross-motion and opposition and conducting the research and consultation with agency counsel and supervising Assistant United States Attorneys which are necessary for finalizing the combined reply and opposition.

3. Consequently, in light of the circumstances and undersigned counsel's busy schedule, Defendant respectfully requests a reasonable amount of additional time, to and through January 30, 2023, to review Plaintiff's cross-motion and opposition, conduct legal research, confer with supervising Assistant United States Attorneys and agency counsel, and finalize the response. Also, additional time is also needed so that the undersigned can prepare and submit any draft response for agency and supervisory review prior to filing it with the Court.

4. Pursuant to Local Civil Rule 7(m), via email, undersigned conferred with Plaintiff, who is representing himself, and Plaintiff graciously consents to the requested relief. Consequently, the requested extension would not prejudice Plaintiff. Also, granting Defendants' motion will not significantly affect any future deadlines. Further, Defendants propose this extension in good faith and not for the purpose of delay.

For all these reasons, Defendants respectfully request that Defendants' deadline be extended, to and through January 30, 2023. A proposed order is attached.

*   *   *

Dated: December 27, 2022  Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARIF A. DURRANI,

        *Plaintiff*,

   v.

EXECUTIVE OFFICES FOR THE UNITED STATES ATTORNEYS, *et al.*,

        *Defendants*.

Civil Action No. 22-1859 (CJN)

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Reply and Opposition to Plaintiff's Cross-Motion for Summary Judgment and the entire record in this matter, it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall file their response no later than January 30, 2023.

Dated this ___ day of _____, 2022.

_____
Carl J. Nichols
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2022, I caused a copy of the foregoing to be served by United States mail, postage prepaid, and email upon:

**ARIF A. DURRANI**
4492 Camino De La Plaza
Ste 179
San Ysidro, CA 92173
arifdurrani49@gmail.com

*PRO SE*

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
Assistant United States Attorney