UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICES FOR THE UNITED STATES ATTORNEYS, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-1859 (CJN) |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY AND OPPOSITION TO PLAINTIFF'S MOTION FOR <u>SUMMARY JUDGMENT</u>**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants, by and through undersigned counsel, respectfully move for an extension of time, to and through March 1, 2023, to file a reply and opposition to Plaintiff Arif A. Durrani's ("Plaintiff") motion for summary judgment. This motion is filed four business days prior to the January 30, 2023 deadline. In support of the instant motion, Defendants respectfully state the following good cause:

1.  Plaintiff brings this case under the Freedom of Information Act and the Privacy Act, seeking to compel the release of documents relating to his conviction. *See generally* ECF No. 1, Compl. Defendants filed a motion to dismiss on November 15, 2022. *See* ECF No. 9, Defs.' Mot. to Dismiss. Plaintiff's combined cross-motion and opposition was uploaded to ECF on December 23, 2022. *See* ECF Nos. 11, 12. Plaintiff subsequently filed a supplement to his motion for summary judgment on January 9, 2023. *See* ECF No. 14. Defendants' reply and opposition to Plaintiff's motion for summary judgment are due on January 30, 2023. *See* Jan 2, 2023, Min. Order. Defendants respectfully request an extension of time, to and through March 1,

2023, to file their reply and response to Plaintiff's motion for summary judgement. This is Defendants' second request for additional time.

2.      There is good cause to grant Defendants' request for additional time to respond to Plaintiff's combined motion and opposition. *See Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining that good cause simply "means a valid reason for delay"). Unfortunately, the demands of undersigned counsel's docket of active cases have prevented undersigned counsel from completely reviewing Plaintiff's cross-motion and opposition, including the exhibits, which consists of more than 200 pages of records, and conducting the research and consultation with agency counsel and supervising Assistant United States Attorneys which are necessary for finalizing the combined reply and opposition. Consequently, in light of the circumstances and undersigned counsel's busy schedule, Defendant respectfully requests a reasonable amount of additional time, to and through March 1, 2023, to review Plaintiff's cross-motion and opposition, conduct legal research, confer with supervising Assistant United States Attorneys and agency counsel, and finalize the response. Also, additional time is also needed so that the undersigned can submit any draft response for agency and supervisory review prior to filing it with the Court.

3.      Pursuant to Local Civil Rule 7(m), via email, undersigned conferred with Plaintiff, who is representing himself, and Plaintiff graciously consents to the requested relief. Consequently, the requested extension would not prejudice Plaintiff. Also, granting Defendants' motion will not significantly affect any future deadlines. Further, Defendants propose this extension in good faith and not for the purpose of delay.

For all these reasons, Defendants respectfully request that Defendants' deadline be extended, to and through March 1, 2023. A proposed order is attached.

*    *    *

Dated: January 24, 2023                Respectfully submitted,

                                                        MATTHEW M. GRAVES, D.C. Bar # 481052
                                                       United States Attorney

                                                       BRIAN P. HUDAK
                                                       Chief, Civil Division

                                                       */s/ Stephanie R. Johnson*
                                                       STEPHANIE R. JOHNSON
                                                       D.C. Bar # 1632338
                                                       Assistant United States Attorney
                                                       Civil Division
                                                       601 D Street, N.W.
                                                       Washington, D.C. 20530
                                                       (202) 252-7874
                                                       Stephanie.Johnson5@usdoj.gov

                                                       *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARIF A. DURRANI,

        *Plaintiff,*

   v.

EXECUTIVE OFFICES FOR THE UNITED
STATES ATTORNEYS, *et al.*,

        *Defendants*.

Civil Action No. 22-1859 (CJN)

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Reply and Opposition to Plaintiff's Cross-Motion for Summary Judgment and the entire record in this matter, it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall file their response no later than March 1, 2023.

Dated this ___ day of _____, 2023.

_____
Carl J. Nichols
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2023, I caused a copy of the foregoing to be served by United States mail, postage prepaid, and email upon:

> **ARIF A. DURRANI**
> 4492 Camino De La Plaza
> Ste 179
> San Ysidro, CA 92173
> arifdurrani49@gmail.com
>
> *PRO SE*

                                              */s/ Stephanie R. Johnson*
                                              STEPHANIE R. JOHNSON
                                              Assistant United States Attorney