UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI,<br><br>    *Plaintiff,*<br><br>  v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, *et al.*,<br><br>    *Defendants*. | Civil Action No. 22-1859 (CJN) |

**REPLY IN SUPPORT OF**
**DEFENDANTS' MOTION TO STAY DEADLINES**

              MATTHEW M. GRAVES, D.C. Bar # 481052
              United States Attorney

              BRIAN P. HUDAK
              Chief, Civil Division

              STEPHANIE R. JOHNSON
              D.C. Bar # 1632338
              Assistant United States Attorney
              Civil Division
              601 D Street, N.W.
              Washington, D.C. 20530
              (202) 252-7874
              Stephanie.Johnson5@usdoj.gov

March 16, 2023         *Attorneys for Defendants*

In this Freedom of Information Act ("FOIA") case, *pro se* Plaintiff Arif Durrani sued Executive Offices for the United States Attorney, United States Attorneys, United States Department of Justice, Central Intelligence Agency, and the National Archives and Records Administration (collectively "Defendants") seeking disclosure and corrections of his 1986 naturalization record and 1986 Iran-Contra prosecutorial jurisdictional authorization records. *See* Compl. ECF No. 1. Defendants moved to dismiss the complaint for (i) insufficient service of process; (ii) failure to state a FOIA or Privacy Act claim; and (iii) dismissal under the issue preclusion doctrine (ECF 9, "Defs.' Mot."). Defendants' motion is currently fully briefed. Defendants also sought a stay of all other deadlines while Defendants' dispositive motion is pending to avoid needless litigation of issues that may eventually become moot should the Court grant Defendants' motion to dismiss. *See* ECF No. 17.

Plaintiff's opposition (ECF No. 20)[1] to the stay motion, however, fails to refute Defendants' argument that a stay of all deadlines is appropriate because of Defendants' pending dispositive motion, which would entirely resolve this case. Accordingly, the Court should treat those arguments as conceded. *See, e.g.*, *See Wannall v. Honeywell, Inc.*, 775 F.3d 425, 428 (D.C. Cir. 2014) ("[I]f a party files an opposition to a motion and therein addresses only some of the movant's arguments, the court may treat the unaddressed arguments as conceded.").

---

[1] Although Plaintiff's opposition was dated on March 4, 2023, and contains an Electronic Court Filing ("ECF") date of March 6, 2023, the opposition was not "Entered" until March 9, 2023. *See* ECF No. 20. Therefore, Defendants were not served with Plaintiff's opposition via ECF until March 9, 2023. Under Local Rule 7(d), Defendant's Reply is due until seven days after service of the opposition, which is March 16, 2023. *See* LCvR 7(d) (stating, "Within seven days after service of the memorandum in opposition the moving party may serve and file a reply memorandum.").

As such, Defendants' reasoning for a stay of all deadlines remains unchallenged and unrebutted, namely —a stay of proceedings will further judicial economy and assist the Court's orderly administration of this matter.

## CONCLUSION

For the foregoing reasons and those set forth in Defendants' stay motion, Court should stay all other deadlines until after the Court resolves Defendants' pending motion to dismiss. Should the Court deny Defendants' motion to dismiss, Defendants alternatively ask for three weeks to respond to the complaint after the Court issues the denial order.

Dated: March 16, 2023            Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I caused a copy of the foregoing to be served by United States mail, postage prepaid, upon:

**ARIF A. DURRANI**
4492 Camino De La Plaza
Ste 179
San Ysidro, CA 92173
*PRO SE*

/s/ *Stephanie R. Johnson*
STEPHANIE R. JOHNSON
Assistant United States Attorney