UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI, <br><br> Plaintiff, <br><br> v. <br><br> EXECUTIVE OFFICES FOR THE UNITED STATES ATTORNEYS, *et al.*, <br><br> Defendants. | Civil Action No. 22-1859 (CJN) |

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO LIFT STAY**

Pending before this Court are Defendants' Motion to Dismiss (ECF No. 9) and Plaintiff-Durrani's Motion for Summary Judgment (ECF No. 11). Following Defendants' request, the Court stayed the case "until three weeks after the Court resolves Defendants' Motion to Dismiss." (Line Order, dated April 3, 2023). Plaintiff now moves the Court to lift the stay.

Plaintiff's Motion, however, fails to provide any argument as to why the Court should lift the stay. Aside from a single sentence at the beginning of the motion requesting the stay be lifted, Plaintiff does not address the issue of lifting the stay at all. Plaintiff presents neither argument nor new facts in support of lifting the stay.

Instead, Plaintiff presents arguments in support of his motion for summary judgment that should have been included in his initial briefing. Because Defendants have already responded to both Plaintiff's Motion for Summary Judgment and Plaintiff's Opposition to Defendant's Motion to Dismiss, and because Plaintiff asserts no new facts or arguments regarding the stay here, Defendants stand by the arguments they presented in their initial Motion to Stay (ECF No. 17). The Court found those arguments persuasive when it implemented the stay, and since Plaintiff has

not established that anything has changed since that time, the Court should deny Plaintiff's motion

and leave the stay in place until resolution of Defendants' Motion to Dismiss.

Dated: February 15, 2024                    Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            D.C. Bar #481052
                                            United States Attorney

                                            BRIAN P. HUDAK
                                            Chief, Civil Division

                                            By: */s/ B. Kathryn Debrason*
                                            B. KATHRYN DEBRASON
                                            Assistant United States Attorney
                                            PA Bar # 321236
                                            601 D Street, NW
                                            Washington, DC 20530
                                            202-252-2427
                                            Kate.Debrason@usdoj.gov

                                            *Attorneys for the United States of America*

2