UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI, <br><br> Plaintiff, <br><br> v. <br><br> EXECUTIVE OFFICES FOR THE UNITED STATES ATTORNEYS, *et al.*, <br><br> Defendants. | Civil Action No. 22-1859 (CJN) |

**OPPOSITION TO PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE**

Pending before this Court are Defendants' Motion to Dismiss (ECF No. 9) and Plaintiff-Durrani's Motion for Summary Judgment (ECF No. 11). Following Defendants' request, the Court stayed the case "until three weeks after the Court resolves Defendants' Motion to Dismiss." Minute Order, April 3, 2023. On February 1, 2024, Plaintiff moved to lift the stay (ECF 27) and Defendants timely opposed (ECF 29). The motion to the lift the stay is also pending.

Despite the stay, Plaintiff has now filed a Motion to Take Judicial Notice and Enter Default Judgment (ECF 33[1]). In his Motion, Plaintiff appears to be requesting the same relief he asks for in his Complaint. *Compare* Complaint (ECF 1) *with* Plaintiff's Motion (ECF 33). Plaintiff's Motion fails to provide any argument as to why the Court should lift the stay, and though it does attach a FOIA letter from U.S. Immigration and Customs Enforcement, an agency that is not a defendant in this matter, Plaintiff's Motion includes no new or salient information. The letter has no bearing on this case. *See* Letter, ECF 33 at 9-10.

---

[1] ECF 32-34 all appear to be nearly identical versions of Plaintiff's Motion.

By filing yet another motion, "Plaintiff is attempting to get another bite at the apple, namely, Plaintiff is attempting to relitigate the very same issue that was already decided by this Court in *Durrani v. U.S. Citizenship & Immigr. Servs.*, 596 F. Supp. 2d 24 (D.D.C. 2009), [i.e.,]. . . . [T]here is no evidence that Plaintiff was ever naturalized as a United States citizen and, thus, there is no memorializing record that exists." ECF 9 at 7-8.

For these reasons, Plaintiff's Motion should be denied.

| | |
|---|---|
| Dated: August 7, 2024 | Respectfully submitted,<br><br>MATTHEW M. GRAVES<br>D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ Joshua Ontell*<br>JOSHUA ONTELL<br>Assistant United States Attorney<br>VA Bar # 92444<br>601 D Street, NW<br>Washington, DC 20530<br>202-252-7706<br>Joshua.Ontell@usdoj.gov<br><br>*Attorneys for the United States of America* |